IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CHRISTOPHER JONES,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§   Case No. 6:22-cv-313-JDK<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER OF DISMISSAL

Before the Court is the parties' joint stipulation of voluntary dismissal with prejudice (Docket No. 9). All pending claims in this case are **DISMISSED** with prejudice pursuant to the parties' stipulation and Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

All pending motions are **DENIED** as moot.

The Clerk of Court is instructed to close this case.

So **ORDERED** and **SIGNED** this **29th** day of **November, 2022.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE